**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

No. 17-6225

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

RICHARD DWIGHT BERNARD,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, Senior District Judge. (3:03-cr-00420-JRS-3)

Submitted: July 18, 2017                          Decided: July 21, 2017

Before WILKINSON, MOTZ, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Richard Dwight Bernard, Appellant Pro Se. Olivia L. Norman, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Dwight Bernard appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Bernard*, No. 3:03-cr-00420-JRS-3 (E.D. Va. Jan. 30, 2017). We deny Bernard's motion for an enlargement of time to appeal as moot and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*